1

2 | Robert D. Rowland
Lindsay Rakers

3 | **GOLDENBERG HELLER
ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959

4 | Edwardsville, Illinois 62025
Telephone:  618-656-5150

5 | Facsimile:  618-656-6230
Attorneys for Plaintiffs

6

7

8

9

10

11

12

| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

13

14

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| This Document Relates To: | |
| *Donald G. Newmann v. Pfizer Inc.*<br>(05-5359 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Lehnen, Marie, et al. v. G.D. Searle, et al.*<br>(06-2669 CRB) | |
| *Marcy A. West v. Merck & Co., Inc., et al.*<br>(06-3015 CRB) | |
| *Jerry M. Dance v. Merck & Co., Inc., et al.*<br>(06-3016 CRB) | |
| *Edward Spinaio v. G.D. Searle, et al.*<br>(06-3036 CRB) | |
| *Lonnie Case v. Merck & Co. Inc., et al.*<br>(06-3180 CRB) | |
| *Richard Menzel v. Merck & Co., Inc., et al.*<br>(06-3181 CRB) | |
| *Vincent Calamia v. Merck & Co., Inc., et al.*<br>(06-3182 CRB) | |
| *Jessie Abbott v. Merck & Co., Inc., et al.*<br>(06-3306 CRB) | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1

2   *Berlin Jenkerson v. Merck & Co. Inc., et al.*
    (06-3307 CRB)

3   *Thomas Kasper v. Merck & Co. Inc., et al.*
    (06-3309 CRB)

4

5   *Josephine Tourville v. Merck & Co., Inc., et al.*
    (06-3310 CRB)

6   *Arzie Stephens v. Merck & Co., Inc., et al.*
    (06-3311 CRB)

7

8   *Henry Kahn, et al. v. Pfizer Inc..et al.*
    (06-4600 CRB)

9   *Carol Copeland v. G.D. Searle LLC, et al.*
    (07-3023 CRB)

10

11  *Suzanne Steinbach v. Merck & Co., Inc., et al.*
    (07-0495 CRB)

12  *John Moseley v. Merck & Co., Inc., et al.*
    (07-0496 CRB)

13

14  *Joni Hebblethwaite v. Merck & Co., Inc., et al.*
    (07-0498 CRB)

15  *Kevin Miller v. Merck & Co, Inc., et al.*
    (07-0596 CRB)

16

17  *Lena Scher v. Merck & Co., Inc., et al.*
    (07-2533 CRB)

18  *Laurence Schmidt v. Merck & Co., Inc., et al.*
    (07-2534 CRB)

19

20  *Patty Foreman v. Merck & Co., Inc., et al.*
    (07-2535 CRB)

21  *Robert Miller v. G.D. Searle LLC, et al.*
    (07-3127 CRB)

22

23  *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.*
    (07-3488 CRB)

24  *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.*
    (07-3489 CRB)

25

26      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42576335.1

1
2  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

3  each side bearing its own attorneys' fees and costs.

4
   DATED: 11-2 , 2009      By: _____

5                                GOLDENBERG HELLER
                                 **ANTOGNOLI & ROWLAND, P.C.**
6                                P.O. Box 959
                                 Edwardsville, Illinois 62025
7                                Telephone: 618-656-5150
                                 Facsimile: 618-656-6230
8
                                 *Attorneys for Plaintiffs*
9

10  DATED: Nov. 4 , 2009     By: _____

11

12                               **DLA PIPER LLP (US)**
                                 1251 Avenue of the Americas
13                               New York, New York 10020
                                 Telephone: 212-335-4500
                                 Facsimile: 212-335-4501
14
                                 *Defendants' Liaison Counsel*
15

16

17
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
18  **IT IS SO ORDERED.**

19

20  Dated: NOV 1 3 2009

21                               Hon. Charles R. Breyer
                                 United States District Court

22

23

24

25

26

27

28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1